# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON, | Case No.  16-cv-05596-BLF |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| CAFFE FRASCATI, et al., | |
| Defendants. | |

Plaintiff has filed a request for dismissal with prejudice, stating that each side is to bear their own fees and costs.  ECF 20.  Defendants have not asserted counterclaims in their answer. ECF 12.  Accordingly, the Court dismisses this action with prejudice in its entirety and each side is to bear their own fees and costs.  Fed. R. Civ. P. 41(a)(2).

**IT IS SO ORDERED.**

Dated: April 28, 2017

BETH LABSON FREEMAN
United States District Judge